PAE-AO 243 (Rev. 10/09)

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District | **EASTERN DISTRICT OF PENNSYLVANIA** |
|---|---|---|

| Name (under which you were convicted): CARMEN GRICCO | | Docket or Case No.: 01-90-1 |
|---|---|---|
| Place of Confinement: MEDICAL CENTER FOR FEDERAL PRISONERS | | Prisoner No.: 54747-066 |
| UNITED STATES OF AMERICA | V. | Movant (include name under which convicted) CARMEN GRICCO |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   3RD CIRCUIT EASTERN DISTRICT OF PENNSYLVANIA MARKET STREET PHILADELPHIA

   (b) Criminal docket or case number (if you know): 01-90-1 ENCLOSED

2. (a) Date of the judgment of conviction (if you know): 12/10/2002

   (b) Date of sentencing: 12/10/2002

3. Length of sentence: LIFE

4. Nature of crime (all counts): SEE ENCLOSED JUDGMENT 2 PAGES

5. (a) What was your plea? (Check one)
   (1) Not guilty ☑     (2) Guilty ☐     (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?
   FELON IN POSSESSION OF A FIREARM

6. If you went to trial, what kind of trial did you have? (Check one)     Jury ☑     Judge only ☐

PAE-AO 243 (Rev. 10/09)

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☑     No ☒

8. Did you appeal from the judgment of conviction?     Yes ☑     No ☐

9. If you did appeal, answer the following:
   (a) Name of court: _3RD CIRCUIT APPEALS COURT_
   (b) Docket or case number (if you know): _02-4448_
   (c) Result: _NEVER HEARD OR APPOINTED ATTORNEY (ENCLOSED)_
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: _NEVER HAD A CHANCE_

   _TO RAISE GROUNDS_

   _NO DIRECT APPEAL_

   _NO ATTORNEY APPOINTED (SEE ENCLOSED)_

   (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☑     No ☐
   If "Yes," answer the following:
   (1) Docket or case number (if you know): _N/A_
   (2) Result: _DENIED_     _NOT HEARD_

   (3) Date of result (if you know): _N/A_
   (4) Citation to the case (if you know): _____
   (5) Grounds raised: _NO ATTORNEY_

   _NO DIRECT APPEAL_

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☑     No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _LOUISIANNA COURT_
    (2) Docket or case number (if you know): _Li08 CV 0786 SEC P_

PAE-AO 243 (Rev. 10/09)

(3) Date of filing (if you know): JUN2 2 2008

(4) Nature of the proceeding: 2241

(5) Grounds raised:

DEPRIVED OF ATTORNEY AND DIRECT
APPEAL VIOLATION OF 5TH AND 6TH
AMENDMENTS

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐        No ☑

(7) Result: DENIED FAILED To SHOW CONSTITUTIONAL

(8) Date of result (if you know): JULY 22, 2008    VIOLATION

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: 5TH CIRCUIT APPEALS

(2) Docket of case number (if you know): 08-30720

(3) Date of filing (if you know): 6-24-2009

(4) Nature of the proceeding: 2241

(5) Grounds raised: NO ATTORNEY NO DIRECT
APPEAL CONSTITUTIONAL VIOLATION

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐        No ☑

(7) Result: NOT HEARD

(8) Date of result (if you know): DENIED    NOT HEARD

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ☑    No ☐

(2) Second petition:    Yes ☑    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

COURT 8TH CIRCUIT SAID DOA 2255
CASE # 10-3198-CV-S-ODS-H

PAE-AO 243 (Rev. 10/09)

Page 6

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** _NO ATTORNEY EVER APPOINTED AFTER FILING AND DOCKETING FEES WERE PAID_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_SEE ENCLOSED EXHIBITS_

_CERTIFIED SENT AND OATHEP BY B.O.P._

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

_I, NEVER RECEIVED A DIRECT APPEAL OR AN ATTORNEY APPOINTED (SEE ALL ENCLOSED DOCUMENTS)_

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☐

PAE-AO 243 (Rev. 10/09)

(4)   Did you appeal from the denial of your motion, petition, or application?

      Yes ☐       No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐       No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND TWO:**   NO DIRECT APPEAL EVER PROVIDED VIOLATION OF CONSTITUTIONAL RIGHT

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

SEE ENCLOSED EXHIBITS

(b)   **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐       No ☐

PAE-AO 243 (Rev. 10/09)

(2)   If you did not raise this issue in your direct appeal, explain why:
I NEVER RECEIVED A DIRECT APPEAL
SEE ENCLOSED EXHIBITS

(c) **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐          No ☑

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3)   Did you receive a hearing on your motion, petition, or application?
Yes ☐          No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?
Yes ☐          No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐          No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

PAE-AO 243 (Rev. 10/09)

## GROUND THREE: _____

    (a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

    (b)  **Direct Appeal of Ground Three:**

        (1)  If you appealed from the judgment of conviction, did you raise this issue?

            Yes ☐     No ☐

        (2)  If you did not raise this issue in your direct appeal, explain why:

_____

    (c)  **Post-Conviction Proceedings:**

        (1)  Did you raise this issue in any post-conviction motion, petition, or application?

            Yes ☐     No ☐

        (2)  If you answer to Question (c)(1) is "Yes," state:

      Type of motion or petition:

      Name and location of the court where the motion or petition was filed:

_____

      Docket or case number (if you know): _____

      Date of the court's decision: _____

      Result (attach a copy of the court's opinion or order, if available):

_____

        (3)  Did you receive a hearing on your motion, petition, or application?

            Yes ☐     No ☐

        (4)  Did you appeal from the denial of your motion, petition, or application?

            Yes ☐     No ☐

        (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

            Yes ☐     No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____

_____

_____

_____

_____

_____

## GROUND FOUR: _____

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐          No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

_____

_____

(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐          No ☐

PAE-AO 243 (Rev. 10/09)

(2)   If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(3)   Did you receive a hearing on your motion, petition, or application?
     Yes ☐      No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?
     Yes ☐      No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
     Yes ☐      No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
issue: _____
_____
_____
_____
_____

13.   Is there any ground in this motion that you have not previously presented in some federal court?  If so, which
     ground or grounds have not been presented, and state your reasons for not presenting them:
_____
_____
_____
_____
_____
_____
_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?          Yes ☐          No ☑

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

   _____

   _____

   _____

   _____

   _____

   _____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At the preliminary hearing:   _____

   _____

   (b) At the arraignment and plea:   _____

   _____

   (c) At the trial:   ARTHUR   SHUMAN _____

   _____

   (d) At sentencing:   ARTHUR   SHUMAN _____

   (e) On appeal:   NEVER   HEARD _____

   (f) In any post-conviction proceeding:   _____

   _____

   (g) On appeal from any ruling against you in a post-conviction proceeding:   _____

   _____

   _____

16. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ☐          No ☑

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   _____

   (b) Give the date the other sentence was imposed:   _____

   (c) Give the length of the other sentence:   _____

   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?          Yes ☐          No ☐

PAE-AO 243 (Rev. 10/09)

17. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

AFTER EXHAUSTING 2241 AND CERATORS COURT NOW SAID DO A 2255. WAITING TO HAVE GOVERMENT VIOLATION OF CONSTITUTION REMOVED. ADMINISTRATIVE REMEDY EXHAUSTED ALSO. SEE ENCLOSED DOCUMENTS

DO TO THE COURTS RUNAROUND THE ULTIMATE RESPONSIBILITY FOR SUCH CIRCUMSTANCES AS NEGLIGENCE OR OVER CROWED COURTS MUST REST WITH THE GOVERMENT RATHER THAN DEFENDANT. DENIED OPPORTUNITY TO FILE APPEAL, APPEAL BRIEF NO ATTORNEY NO DIRECT APPEAL (NOT MANDATED BY EXHAUSTING REQ)

---

* 28 U.S.C. § 2255(f), provides that:
   A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
      (1) the date on which the judgment of conviction became final;
      (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
      (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
      (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

PAE-AO 243 (Rev. 10/09)                                                                                     Page 14

Therefore, movant asks that the Court grant the following relief: _UNCONDITIONAL_
_GRANTED   RELEASE   FOR  VIOLATION   OF   5TH AND_
_6TH AMENDMENTS  FOR over  6 YEARS ( SEE ENCLOSED )_
or any other relief to which movant may be entitled.                        _EXHIBITS_

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on _____6 / 22 / 2010_____
                                                                        (month, date, year)

Executed (signed) on _____6/22/2010_____ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

_____
_____
_____

## Inmate Statement



| Inmate Reg #: | (illegible) | Current Institution: | (illegible) |
|---|---|---|---|
| Inmate Name: | (illegible) | Housing Unit: | (illegible) |
| Report Date: | (illegible) | Living Quarters: | (illegible) |
| Report Time: | (illegible) | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | 6/16/2010 5:32:48 PM | 48 | | | Sales | ($8.80) | | $111.91 |
| SPG | 6/9/2010 5:50:36 PM | 62 | | | Sales | ($8.80) | | $120.71 |
| SPG | 6/3/2010 10:18:22 AM | 0077 | | | Photo Copies | ($35.00) | | $129.51 |
| SPG | 6/2/2010 5:54:56 PM | 60 | | | Sales | ($8.80) | | $164.51 |
| SPG | 5/26/2010 4:35:11 PM | 2 | | | Sales | ($23.80) | | $173.31 |
| SPG | 5/19/2010 4:34:22 PM | 5 | | | Sales | ($8.80) | | $197.11 |
| SPG | 5/12/2010 4:57:03 PM | 30 | | | Sales | ($23.80) | | $205.91 |
| SPG | 5/7/2010 5:06:47 AM | 70157701 | | | Lockbox - CD | $200.00 | | $229.71 |
| SPG | 5/6/2010 2:40:46 PM | | 644 | | Donation | ($5.00) | | $29.71 |
| SPG | 5/6/2010 2:40:46 PM | | 641 | | Gift | ($75.00) | | $34.71 |
| SPG | 5/6/2010 2:40:46 PM | | 640 | | Gift | ($100.00) | | $109.71 |
| SPG | 5/5/2010 4:59:32 PM | 18 | | | Sales | ($11.15) | | $209.71 |
| SPG | 5/3/2010 2:26:36 PM | 0064 | | | Photo Copies | ($6.30) | | $220.86 |
| SPG | 4/14/2010 6:38:56 PM | 95 | | | Sales | ($14.80) | | $227.16 |
| SPG | 4/2/2010 5:11:13 AM | 70155201 | | | Lockbox - CD | $100.00 | | $241.96 |
| SPG | 3/19/2010 8:04:58 AM | 4 | | | Sales | ($10.00) | | $141.96 |
| SPG | 3/1/2010 12:44:54 PM | | 450 | | Gift | ($92.00) | | $151.96 |
| SPG | 2/4/2010 1:50:55 PM | | 378 | | Gift | ($25.00) | | $243.96 |
| SPG | 2/4/2010 1:50:55 PM | | 377 | | Gift | ($50.00) | | $268.96 |
| SPG | 1/23/2010 5:02:51 AM | 70150501 | | | Lockbox - CD | $100.00 | | $318.96 |
| SPG | 1/11/2010 5:09:03 AM | 70149603 | | | Lockbox - CD | $100.00 | | $218.96 |
| SPG | 1/11/2010 5:09:01 AM | 70149603 | | | Lockbox - CD | $100.00 | | $118.96 |
| SPG | 12/18/2009 7:36:20 AM | 3 | | | Sales | ($23.80) | | $18.96 |
| SPG | 12/15/2009 9:09:47 AM | | 232 | | Gift | ($100.00) | | $42.76 |
| SPG | 12/15/2009 9:09:47 AM | | 229 | | Gift | ($100.00) | | $142.76 |
| SPG | 12/11/2009 7:46:59 AM | 5 | | | Sales | ($23.80) | | $242.76 |
| SPG | 12/4/2009 8:21:46 AM | 9 | | | Sales | ($23.80) | | $266.56 |
| SPG | 12/2/2009 9:49:08 AM | 0016 | | | Photo Copies | ($6.60) | | $290.36 |
| SPG | 11/29/2009 5:09:48 AM | 70146902 | | | Lockbox - CD | $100.00 | | $296.96 |
| SPG | 11/25/2009 7:56:20 AM | 2 | | | Sales | ($23.80) | | $196.96 |
| SPG | 11/25/2009 7:55:11 AM | 1 | | | Sales | $0.00 | | $220.76 |
| SPG | 11/20/2009 9:06:54 AM | 43 | | | Sales | ($10.00) | | $220.76 |
| SPG | 11/20/2009 8:04:55 AM | 12 | | | Sales | ($13.80) | | $230.76 |

AO 240 (Rev 9/96)

# United States District Court

__EASTERN__ ——————— DISTRICT OF ——— __PENNSYLVANIA__

Plaintiff

**APPLICATION TO PROCEED**
**WITHOUT PREPAYMENT OF**
**FEES AND AFFIDAVIT**

V.

Defendant                          CASE NUMBER:    10    3127

I, __CARMEN GRICCO__ _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  **Are you currently incarcerated?**   ☑ Yes   ☐ No   (If "No" go to Part 2)

    If "Yes" state the place of your incarceration __MEDICAL CENTER FOR FEDERAL PRISONERS__

    Are you employed at the institution? __NO__   Do you receive any payment from the institution? __NO__

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?   ☐ Yes   ☑ No

    a.  If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have your received any money from any of the following sources?

    | | | |
    |---|---|---|
    | a. Business, profession or other self-employment | ☐ Yes | ☑ No |
    | b. Rent payments, interest or dividends | ☐ Yes | ☑ No |
    | c. Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
    | d. Disability or workers compensation payments | ☐ Yes | ☑ No |
    | e. Gifts or inheritances | ☐ Yes | ☑ No |
    | f. Any other sources | ☑ Yes | ☐ No |

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and
    __FAMILY FOR STAMPS AND COPIES__

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_6_/_22_/_2010_            _Carmen Grieco_
DATE                       SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _111.91_ on account to his/her credit at (name of institution) _U.S. Medical Center Federal Prisoners_ I further certify that the applicant has the following securities to his/her credit _0_

_____ I further certify that during the past six months the applicant's average balance was $ _181.85_

_6/22/10_            _[signature]_   _Counselor_
DATE                 SIGNATURE OF AUTHORIZED OFFICER